IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY C. WOODFORK, JR.,

      Petitioner,               No. CIV S-09-0054 KJM P

   vs.

T. FELKER, et al.,

      Respondents.       <u>ORDER</u>

                                  /

        Petitioner has requested an extension of time to file additional materials in support of his habeas petition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's February 17, 2009 request for an extension of time (Docket No. 7) is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file additional materials in support of his habeas petition.

DATED: February 20, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
wood0054.111