IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY CHARLES WOODFORK, Jr.,

        Petitioner,                No. CIV S-09-54 KJM P

    vs.

T. FELKER, Warden, et al.,

        Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner secured an extension of time in which to file additional documentation. Although the time for filing has expired, he has not presented supplemental materials in support of his petition.

        Petitioner has filed a motion for a stay to allow him to exhaust state remedies as to additional claims.

1

1    The court has the authority to stay a habeas petition so that the petitioner can
2 exhaust state court remedies if the petitioner shows his claims are potentially meritorious and he
3 had good cause for failure to exhaust earlier.  Rhines v. Weber, 544 U.S. 269, 277 (2005).
4    Petitioner alleges the claims he seeks to exhaust are clearly labeled in the habeas
5 petition, is not able to identify them.  Moreover, petitioner has not explained why any additional
6 claims were not included in the earlier round of habeas petitions filed in state courts.
7    Because petitioner may be entitled to relief if the violation of constitutional rights
8 claimed in the petition now on file is proved, respondents will be directed to file a response to
9 petitioner's habeas petition.
10   In accordance with the above, IT IS HEREBY ORDERED that:
11   1.  Petitioner's application to proceed in forma pauperis is granted;
12   2.  Petitioner's request for a stay (docket no. 2) is denied;
13   3.  Respondents are directed to file a response to petitioner's habeas petition
14 within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An
15 answer shall be accompanied by all transcripts and other documents relevant to the issues
16 presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;
17   4.  If the response to the habeas petition is an answer, petitioner's reply, if any,
18 shall be filed and served within thirty days after service of the answer;
19   5.  If the response to the habeas petition is a motion, petitioner's opposition or
20 statement of non-opposition to the motion shall be filed and served within thirty days after
21 service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
22 thereafter; and
23 /////
24 /////
25 /////
26 /////

1  6. The Clerk of the Court shall serve a copy of this order together with a copy of
2 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the form for consent to
3 the magistrate judge's jurisdiction on Michael Patrick Farrell, Senior Assistant Attorney
4 General.

5 DATED: June 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2

wood0054.100

3